IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SHORT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-293-MEF |
| ) | |
| FEDERAL BUREAU OF PRISONS, et al., ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

Michael Short ["Short"], a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging his preclusion from early release under 18 U.S.C. § 3621(e). However, Short did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before April 25, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 10th day of April, 2006.

                                                **/s/ Delores R. Boyd**
                                                DELORES R. BOYD
                                                UNITED STATES MAGISTRATE JUDGE