| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Nancy Yarn* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Nancy Yarn   C. Date of Delivery: 4/21/06 |
| 1. Article Addressed to:<br>Laura Garrett Canary<br>U.S. Attorney's Office<br>One Court Square, Ste 20<br>Mntg. AL 36104<br>2:06 CV 293-MEF | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0002 3461 0980 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540