**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott A. Middlebrooks
FPC Montgomery
Federal Prison Camp
Maxwell AFB,
Montgomery, AL 36112
2:06 cv 293-MEF

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☑ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
J.R. Crews   24 APR 06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1820 0002 3461 0997

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-154(