# Declarations

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Michael Short                               )
                                            )
    Petitioner,                             )
                                            )
        v.                                  )   Civil Action No. 2:05-cv-490-T
                                            )
Federal Bureau of Prisons, and              )
Scott Middlebrooks                          )
                                            )
    Respondent.                             )

### Declaration of Mildred Perryman

I, the undersigned, Mildred Perryman, do hereby make the following unsworn declaration pertinent to the above-styled and numbered cause.

1.   I am employed by the Federal Bureau of Prisons (BOP) as a Case Manager at the Federal Prison Camp, in Montgomery, Alabama. I'm over the age of 21 and have information relevant to the above referenced case.

2.   I reviewed inmate Michael Short's Pre-sentence Investigation Report (PSR) to which reveals inmate Short consented to a search of his residence which he consented to. During the search, inmate Short pointed out to the officers the locations of money, narcotics, and handguns. The search revealed 1 loaded Taurus .40 caliber handgun, 1 loaded Taurus .45 caliber handgun, 1 .22 caliber revolver, a digital scale with spoons, marijuana, Ecstasy pills, methamphentamine, other medications and over $11,000 in cash. He received a two point Specific Offense Characteristic (SOC) enhancement for possession of a Firearm in accordance with U.S.S.G. § 2D1.1(b)(1).

3.   On April 28, 2005, inmate Michael Short signed the Residential Drug Abuse Program Notice to Inmate form which advised him that he was not eligible for early release under Title 18 U.S. 3621(e) due to the two point enhancement for possession of a firearm. He completed the Drug Abuse Program on February 24, 2006.

I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this 18th day of May, 2006.

_Mildred Perryman_
Mildred Perryman, Case Manager
FPC Montgomery

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Michael Short                           )
                                        )
    Petitioner,                         )
                                        )
v.                                      )   Civil Action No. 2:05-cv-490-T
                                        )
Federal Bureau of Prisons, and          )
Scott Middlebrooks                      )
                                        )
    Respondent.                         )

### Declaration of Terry A. Collins

I, the undersigned, Terry A. Collins, do hereby make the following unsworn declaration pertinent to the above-styled and numbered cause.

1.   I am employed by the Federal Bureau of Prisons (BOP) as a Senior Counsel Southeast Regional Office in Atlanta, Georgia.

2.   In relation to the above-captioned case, my duties as Senior Counsel include general case management and preparation, and assistance to the United States Attorney's Office.

3.   I certify that all enclosed documents as provided to the Assistant United States Attorney are true and accurate copies of the original documents held during the regular course of business by the Bureau of Prisons:

4.   I declare under penalty of perjury pursuant to 28 U.S.C. 1746 that the foregoing is true and correct.

Executed this 18th day of May, 2006.

_Terry A. Collins_
Terry A. Collins, Senior Counsel
Southeast Regional Office