Exhibit 1

```
   SERBG            *          PUBLIC INFORMATION           *    04-27-2006
PAGE 002            *             INMATE DATA               *    16:06:17
                              AS OF 04-27-2006

REGNO..: 19407-076 NAME: SHORT, MICHAEL A

                    RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 334-293-2100    FAX: 334-293-2326
PRE-RELEASE PREPARATION DATE: 10-18-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  12-19-2006 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION............: TENNESSEE, WESTERN DISTRICT
DOCKET NUMBER....................: 2:04CR20032-01-MI
JUDGE............................: MCCALLA
DATE SENTENCED/PROBATION IMPOSED: 01-21-2005
DATE COMMITTED...................: 03-31-2005
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

                 FELONY ASSESS    MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.:   $200.00          $00.00           $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  382
OFF/CHG: 21:846&18:2-AIDING & ABETTING IN THE ATTEMPT TO POSSESS WITD
         AN AMOUNT IN EXCESS OF 50 GRAMS OF METHAMPHETAMINE; 21:841(A)
         (1)-POSSESSION WITD APPROXIMATELY 79 TABLETS OF ECSTASY, CC.

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 12-31-2003




G0002         MORE PAGES TO FOLLOW . . .
```

```
  SERBG          *               PUBLIC INFORMATION                *      04-27-2006
PAGE 003 OF 003 *                   INMATE DATA                     *      16:06:17
                                 AS OF 04-27-2006

REGNO..: 19407-076 NAME: SHORT, MICHAEL A

                   RESP OF: MON / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 334-293-2100    FAX: 334-293-2326
------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-31-2005 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 03-31-2005
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 12-31-2003

JAIL CREDIT.....................:   FROM DATE     THRU DATE
                                    01-01-2004    01-02-2004
                                    01-08-2004    01-12-2004

TOTAL PRIOR CREDIT TIME.........: 7
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-19-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 03-23-2007

PROJECTED SATISFACTION DATE.....: 12-19-2006
PROJECTED SATISFACTION METHOD...: GCT REL
```

```
S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```