Exhibit 3

P-S761.055 **RESIDENTIAL DRUG ABUSE PROGRAM NOTICE TO INMATE**  CDFRM
JAN 04
U.S. DEPARTMENT OF JUSTICE — COPY — FEDERAL BUREAU OF PRISONS

| To: Short, Michael | Reg No. 19407-076 |
|---|---|
| From: Dr. David A. Thompson | Institution FPC Montgomery |
| Title: RDAP Coordinator | Date April 28, 2005 |

**SECTION 1 - RESIDENTIAL DRUG ABUSE PROGRAM QUALIFICATION**

You have requested participation in the Bureau's Residential Drug Abuse Treatment Program. My review of your case indicates that you ( x DO __DO NOT) meet the admission's criteria for the Residential Drug Abuse Program. It appears that you ( x DO __DO NOT) qualify to participate in the Residential Program. State the reason(s) below.

Comments

**SECTION 2 - PROVISIONAL § 3621 (E) ELIGIBILITY** (To be completed only if the inmate has completed or qualifies for the Residential Drug Abuse Treatment Program.)

For Residential Drug Abuse Treatment Program graduates to be eligible for early release, they must (DAPC must "x")

| _x_ Not an INS detainee. | _x_ Not a pre-trial inmate. |
|---|---|
| _x_ Not a contractual boarder. | _x_ Not an "old law" inmate. |
| ___ Not have a current crime that is an excluding offense in BOP categorization of offenses policy (Mark an "x" in the appropriate block on the right). | ___ Not a crime of violence as contained in BOP Categorization of Offenses policy. ___ Not an excluding crime by the Director's discretion in Categorization of Offenses policy. |
| _x_ Not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, aggravated assault, or sexual abuse of children. ||

My current assessment, in consultation with your unit team, is that it( __DOES  x DOES NOT) appear that you are provisionally eligible for early release. If not, list ALL the reason(s).

Comments Do not cwm
2 ~~pint~~ enhancement for firearm

If applicable, I understand that a determination of early release for me is provisional, may change, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

| Inmate's Signature (indicate if refused to sign) | Refused to sign __ Yes  X No |
|---|---|

cc: Drug Abuse Treatment File; Unit Team (place in section 6 of inmate central file; Inmate

(This form may be replicated via WP)   (This form replaces BP-S761 dtd DEC 03)