IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SHORT, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:06-cv-293-MEF |
| ) | [WO] |
| FEDERAL BUREAU OF PRISONS, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on June 23, 2008 (Doc. #14), and upon an independent review of the file in this case, said Recommendation is hereby adopted, and it is

CONSIDERED and ORDERED that the 28 U.S.C. § 2241 petition for habeas corpus relief filed by Petitioner Michael Short on or around March 22, 2006, is DISMISSED as moot since a more favorable decision on the merits would not entitle Short to any additional relief.

DONE this the 21st day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE